## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

```
- - - - - - - - - - - - - x
                          :
In re:                    :
                          :
FAMILY FINANCIAL SOLUTIONS :    Chapter 7
INC,                      :
                          :    Case No. 04-36355
                          :
              Debtor(s)   :
                          :
- - - - - - - - - - - - - X
```

*AMENDED*   **APPLICATION FOR UNCLAIMED FUNDS**

The Claimant  EPLO, creditor, hereby petitions the court for $423.75
which is the sum of all monies being held in the Registry of the
Clerk, United States Bankruptcy Court, as unclaimed funds, which are
due the creditor. The petitioner did not receive the dividend checks
in the above case for the following reason:

The original creditor Nichols court reporters did not receive the
funds due to change of address.  The claim was then transfered to
Eplo.

The claimant's mailing address is:

Eplo
1939 S 1100 E
SALT LAKE CITY, UTAH 84106

I /We certify that on _11/2/09_   I/we mailed a true & correct copy of this
application for unclaimed funds to the United States Attorney at 185 South
State Street , Suite 400 , Salt Lake City , Utah  84111

_____        Dated: _NOV 2 2009___

Mike Turner Trustee
Eplo Trustee

A copy of a photo identification card showing petitioner's signature is required. Please redact
any sensitive information before attaching  the exhibit to the application