# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

------------------------------------------------ x
                                                 :    Chapter 7
In re:                                           :
                                                 :    Case No. 04-36355 JAB
Family Financial Solutions Inc.,                 :
                                                 :    **APPLICATION FOR**
                          Debtor(s)              :    **UNCLAIMED FUNDS**
                                                 :
------------------------------------------------ x

_____E.P.L.O._____ hereby petitions the Court for $__423.75____ being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds. Petitioner certifies that petitioner is either a debtor , creditor or assignee of the creditor in the above referenced bankruptcy proceeding and the unclaimed funds are lawfully due to petitioner. The original creditor did not receive the dividend check in the above case for the following reason: <u>The original creditor Nicholos Court Reporters  did not receive the funds due to change of address which prevented  receipt of dividend .</u>

**IT ALSO APPEARING THAT**  said check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. section 347 (a) delivered the unclaimed funds to the Clerk. U.S. Bankruptcy Court .

**IT ALSO APPEARING THAT** the claim was assigned and transferred on 10/12/09 by Nichols Court Reportes  to E.P.L.O the current  assigned creditor.  This application includes an the **Transfer & Waiver of Notice of Transfer of Claim**  attached to this document as Exhibit A.

**THEREFORE** the present creditor E.P.L.O,  hereby petitions the court for $423.75, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due the creditor.

**THEREFORE** an application is made for an order directing the Clerk of the Court to pay said unclaimed funds to the order of  E.P.L.O, (applicant ) and mail said check to the following address  1939 S 1100 E  Salt Lake City, Utah 84106

I certify that on 02/04/2010 I mailed a true & correct copy of  this application for unclaimed funds to the United States Attorney at 185 South State Street , Suite 400 , Salt Lake City , Utah  84111

_____                              Dated:__2/4/10_____
Mike T. Trustee
E.P.L.O

A copy of a photo identification card showing petitioner's signature is required. Please redact any sensitive information before attaching the exhibit to the application

## TRANSFER & WAIVER OF NOTICE OF TRANSFER OF CLAIM

Nichols Court Reporters (" Seller/Transferor ") for value received, without recourse, to the extent permitted by applicable law, transfers, sells, assigns, conveys, grants and delivers to Eplo ("Buyer/Transferee") all rights, title and interest in and to Seller's claim which is described in the Claim Purchase Agreement dated October 2, 2009.

Proof of claims with respect to the accounts may have been filed under any of the following names:

Nichols Court Reporters

Transferor consents to the attachment of a copy of this Transfer & Waiver of Notice of Transfer of Claim to a Joint Notice of Transfer of Claim filed by Transferee. I will deliver any correspondence or payment received after the date of this agreement and supporting materials needed (if requested by EPLO) documenting the claim.

Transferor specifically waives the right to receive notice of and right to object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Joint notice of transfer of claim.

A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEROF, Transferor has executed this waiver this 12th day of Oct 2009.

Authorized Signature: _____

Print Name: ROSE NICHOLS

Title: OWNER

Business Name: _____Nichols Court Reporters_____

*With regard to claim amount $423.75 per 10/2/09 letter.

EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| Family Financial Solutions, Inc., | 04B-36355 |
| Debtor. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The following check was issued to the creditor listed below in the amount listed. The check was not cashed or returned to the trustee, and the trustee stopped payment on said check.

**CREDITOR & ADDRESS (last known)**            **CHECK AMOUNT**

Nichols Court Reporters                                        $423.75
2607 North Hayden Road
Scottsdale, AZ  85257-2307

The address listed above constitutes the last known address in question. The check in the amount of $423.75 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 1st day of February, 2007

_Duane H. Gillman_
Duane H. Gillman, Trustee

FILED IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH DEPUTY CLERK
2007 FEB -1 P 4: 23

SLC_38905.1

