**The below described is DENIED.**

Dated: August 20, 2010

_R. Kimball Mosier_
R. KIMBALL MOSIER
U.S. Bankruptcy Judge
**UNITED STATES BANKRUPTCY COURT**
~~DISTRICT OF~~ District of Utah



| Re : FAMILY FINANCIAL SOLUTIONS INC. | Case No. 04-36355 |
| Debtor(s) | Chapter 7 |

2009 OCT 21 AM 10: 14
DISTRICT OF UTAH
UNITED STATES BANKRUPTCY COURT

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Nichols Court Reporters, in the amount of $ 423.75 was not charged against the bank account of the debtor's estate within the 90 day limit pursuant to 11 U.S.C. §347 and an unclaimed money report was filed to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Eplo the holder of record now claims the above monies in the petition attached herein,

IT IS ORDERED   that the clerk of the Bankruptcy Court pay the sum of 423.75, to

Eplo
1939 S 1100 E
Salt Lake City, UT 84106

_____End of Document_____